| 10/15/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**10:30   19-33198 pcm 7   bk   Anika Marie Todd**

 Application to Have the Chapter 7 Filing Fee Waived Filed by Debtor Anika Marie Todd (jed) (5)

Anika Marie Todd - db   x

Amy E Mitchell - tr

Evidentiary Hearing:   Yes: ☐   No: ☒

**Filing Fee waived.**

Order to be prepared by: ☒ Clerk's Office   ☐ Chambers ☐

DOCKET ENTRY:

Run Date:   10/16/19

Case 19-33198-pcm7   Doc 15   Filed 10/15/19